UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VILLALOBOS,<br><br>  Petitioner,<br><br>  v.<br><br>PAUL THOMPSON, Warden, et al.,<br><br>  Respondents. | No.  2:22-cv-0168 KJM DB P<br><br><br>ORDER |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 2, 2022, the magistrate judge filed findings and recommendations, which were served on petitioner, and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  (ECF No. 6.)  Petitioner has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

. . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 2, 2022, are adopted in full;

2. The petition is dismissed without prejudice;

3. The Clerk of Court is directed to serve a copy of this order on petitioner at his address of record at RRM Seattle, Residential Reentry Office, P.O. Box 13901, Seattle, WA 98198[1]; and

4. The Clerk of the Court is directed to close this case.

DATED: January 12, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] As the magistrate judge noted in the findings and recommendations, the court may take judicial notice of information in the Federal Bureau of Prisons inmate locator website found at: https://www.bop.gov/inmateloc/.  This information indicates that petitioner is housed at RRM Seattle, and due for release April 28, 2023.